FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2006 JUL 12 PM 2: 34

CLERK _S McCarthy_
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| JONATHAN VASQUEZ, | ) |
| Plaintiff, | ) |
| v. | ) CV 106-48 |
| SHERIFF'S DEPARTMENT et al., | ) |
| Defendants. | ) |

### ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. The complaint in this case is **DISMISSED** and this civil action is **CLOSED**.

SO ORDERED this 12th day of July, 2006, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE